UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CSA DO BRASIL NEGOCIOS EM LOGISTICA,
                                  Plaintiff(s)

                                                                    25 civ 7927 (JGK)

            -against-

MAERSK A/S,
                              Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, January 8, 2026, at 3:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 22, 2025