UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

CSA DO BRASIL NEGOCIOS EM
LOGISTICA,

                    Plaintiff,                    25-cv-7927 (JGK)

         - against -                              ORDER

MAERSK A/S,

                    Defendant.

———————————————————————————

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

January 22, 2026.

SO ORDERED.

Dated:    New York, New York
          January 8, 2026

                                        _____
                                            John G. Koeltl
                                        United States District Judge